## United States Bankruptcy Court
### Southern District of Texas
### Houston Division

In re   **LaToshia Lewis Ibarguen**                              Case No.   **25-31245-H5-13**
                              Debtor(s)                          Chapter    **13**

### MOTION TO EXTEND DEADLINE TO FILE MOTION TO EXTEND THE AUTOMATIC STAY

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN TWENTY ONE (21) DAYS OF THE DATE THIS MOTION WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY**

1. This motion requests an order from the Bankruptcy Court authorizing the extending of the deadline to file a motion to extend the automatic stay.

2. Debtor filed a prior case on November 5, 2024 under Case No. 24-35234 which was dismissed on December 21, 2024.

3. Debtor filed this case on March 4, 2025.

4. The automatic stay will terminate on the 30th day after filing of a second bankruptcy within a 12 month period unless a party in interest files a motion to extend the automatic stay. The standard practice in the Southern District of Texas is to file the motion within seven days of filing the bankruptcy.

5. Counsel has not received all of Debtor's household budget expenses and all of the secured debt to file a viable chapter 13 plan.

6. Counsel requests an additional day to file a motion to extend the automatic stay

   WHEREFORE, Debtor respectfully request upon consideration of this motion the court grant her an additional day in which to file a motion to extend the automatic stay.

1

2

Respectfully submitted:

Date **March 11, 2025.**          Signature **/s/ Emil R. Sargent**
**Emil R. Sargent**
TBN: 17648750
2855 Mangum Road, Ste. A-569
Houston, Texas 77092
713.222.2299 - Telephone
713.222.2478 - Facsimile

Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, a copy the foregoing Motion to Extend Deadline to File a Motion to Extend the Automatic Stay and Order Extending Deadline to File Motion to Extend Automatic Stay
was served on each of the parties and creditors listed below by (i) prepaid United States Mail; or (ii) electronic service via the Court's ECF system; and/or email.

| Tiffany D. Castro, Trustee | United States Trustee | LaToshia Lewis Ibarguen |
|---|---|---|
| VIA ECF | VIA ECF | VIA EMAIL |

*/s/ Emil R. Sargent*
**EMIL R. SARGENT**